**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor                                                                   Telephone
Clerk                                                                              804-916-2700

May 6, 2016

_____

PARTIAL RECORD REQUEST
_____

No. 16-554,    <u>In re: Barron Ramsey</u>
                 3:00-cr-00099-MOC-1

TO:   Frank G. Johns
        UNITED STATES DISTRICT COURT
        Western District of North Carolina
        Charles R. Jonas Federal Building
        401 West Trade Street
        Room 210
        Charlotte, NC 28202-0000

PARTIAL RECORD DUE: May 9, 2016

Please transmit to this office a partial record in the above-referenced case, consisting of the following:

**Sentencing hearing**

If there is any problem with transmission of the partial record, please notify me.

Joy Hargett Moore, Deputy Clerk
804-916-2702